# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## WICHITA DIVISION

| | |
|---|---|
| SHAWN WOOD, an individual; on behalf of himself and others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>VIRTUOSO SOURCING GROUP, LLC, et al., )<br><br>Defendants. ) | CASE NO. 2:11-cv-02691-JTM-GLR |

## JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

COME NOW Plaintiff, Shawn Wood ("Plaintiff"), and Defendants, Virtuoso Sourcing Group, LLC and Judith A. Laspada, (jointly "Defendants"), and respectfully move the Court to stay the proceedings herein. In support of this Motion, Plaintiff and Defendants state as follows:

1. On January 31, 2013, a mediation was held. The parties were unable to reach a settlement at the mediation.

2. Upon further negotiations, Plaintiff and Defendants have agreed to resolve the litigation on a confidential basis.

3. The agreed resolution of this matter includes certain actions to be taken by the parties, the last of which is scheduled to occur on or before May 7, 2013.

4. Plaintiff and Defendants request that the Court stay these proceedings until June 7, 2013, to allow the terms of their settlement agreement to be completed.

5. The parties anticipate that this matter will be fully resolved and dismissed well before June 7, 2013.

6. If, for whatever reason, the matter is not dismissed by June 7, 2013, Plaintiff and Defendants will file a joint status report with the Court.

OM 223827.1

WHEREFORE, Plaintiff and Defendants pray that the Court enter an order staying these proceedings until June 7, 2013, at which time the parties will file a status report with the Court if a dismissal has not already been filed.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF:

By: s/ Noah K. Wood
Noah K. Wood, KS #23238
WOOD LAW FIRM, LLC
1100 Main, Suite 1800
Kansas City, MO 64105
Tel: (816) 256-3582
Fax: (816) 337-4243
noah@woodlaw.com

and

William F. Horn (admitted *pro hac vice*)
Law Offices of William F. Horn
188-01B 71st Crescent
Fresh Meadows, NY 11365
Tel: (718) 785-0543
Fax: (866) 596-9003
bill@wfhlegal.com

ATTORNEYS FOR DEFENDANT:

By: s/ Joshua C. Dickinson
Joshua C. Dickinson, KS #20632
Spencer Fane Britt & Browne LLP
9401 Indian Creek Parkway, Suite 700
Overland Park, KS 66210
Tel: (913) 345-8100
Fax: (913) 345-0736
E-mail: jdickinson@spencerfane.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the District of Kansas this 2nd day of April, 2013, with notice of case activity generated and sent electronically to all counsel of record.

s/ Joshua C. Dickinson