IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF KANSAS
WITCHITA DIVISION

| | |
|---|---|
| SHAWN WOOD, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIRTUOSO SOURCING GROUP, LLC, a Colorado Limited Liability Company; JUDITH A. LASPADA, Individually and in Her Official Capacity; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>Defendants. | Case No.: 11-2691-JTM-GLR |

**STIPULATION OF VOLUNTARY DISMISSAL**

COME NOW the Plaintiff, SEAN WOOD, and Defendants, VIRTUOSO SOURCING GROUP, LLC. and JUDITH A. LASPADA, who stipulate and agree as follows:

Plaintiff hereby voluntarily dismisses her individual claims with prejudice, putative class claims to be dismissed without prejudice, each side to bear its own costs. The Court shall retain jurisdiction to enforce the Parties' settlement.

**IT IS SO STIPULATED** this 23rd day of May, 2013.

| | |
|---|---|
| /s/William F. Horn_____ | /s/ Joshu C. Dickinson |
| William F. Horn, Esq. | Joshua C. Dickinson |
| LAW OFFICE OF WILLIAM F. HORN | Bryant T. Lamer |
| 188-01B 71st Crescent | SPENCER FANE BRITT & BROWNE LLP |
| Fresh Meadows, NY 11365 | 9401 Indian Creek Parkway, Suite 700 |
| Telephone:  (718) 785-0543 | Overland Park, KS 66210 |
| Facsimile:   (866) 596-9003 | Telephone: (913) 345-8100 |
| E-Mail: bill@wfhlegal.com | Facsimile: (913) 345-0736 |
| | E-mail: jdickinson@spencerfane.com |
| Noah K. Wood, Esq. | blamer@spencerfane.com |
| WOOD LAW FIRM, LLC | |
| 1100 Main Street, Suite 1800 | *Attorney for Defendants, Virtuoso Sourcing* |
| Kansas City, MO 64105 | *Group, LLC and Judith A. Laspada* |
| Telephone: (816) 256-3582 | |
| Facsimile: (816) 337-4243 | |
| E-Mail: noah@woodlaw.com | |

Christopher C. Saldaña, Esq.
LAW OFFICES OF CHRISTOPHER C. SALDAÑA
350 Tenth Avenue, 10th Floor
San Diego, California 92101
Telephone:  (619) 365-9995
Facsimile:   (877) 539-1135
E-Mail: chris@ccslawgroup.com

*Attorneys for Plaintiff, Sean Wood*

**IT IS SO ORDERED**:

Dated:

                  **HON. J. THOMAS MARTEN**
                  **U.S. DISTRICT JUDGE**