IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF KANSAS
WITCHITA DIVISION

| | | |
|---|---|---|
| SHAWN WOOD, an individual; on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| VIRTUOSO SOURCING GROUP, LLC, a Colorado Limited Liability Company; JUDITH A. LASPADA, Individually and in Her Official Capacity; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, | ) ) ) ) ) ) | CASE NO.: 2:11-cv-02691-JTM-GLR |
| Defendants. | ) ) ) | |

## AMENDED STIPULATION OF DISMISSAL

The parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of this action without prejudice, each party to bear its own costs.

Respectfully submitted,

WOOD LAW FIRM, LLC

By  /s/ *Noah K. Wood*
    Noah K. Wood          MO Bar #51249
    noah@woodlaw.com
    1100 Main Street, Suite 1800
    Kansas City, MO 64105-5171
    T: (816) 256-3582
    F: (816) 337-4243

    William F. Horn (admitted *Pro Hac Vice*)
    bill@wfhlegal.com
    Law Offices of William F. Horn
    188-01B 71st Crescent
    Fresh Meadows, NY  11365
    T: (718) 785-0543
    F: (866) 596-9003

    Attorneys for Plaintiff

By /s/ *Joshua Dickinson*
    Joshua C. Dickinson, Esq.
    jdickinson@spencerfane.com
    Bryant T. Lamer, Esq.
    blamer@spencerfane.com
    Spencer Fane Britt & Browne LLP
    9401 Indian Creek Parkway, Suite 700
    Overland Park, KS 66210
    T: (913) 345-8100
    F: (913) 345-0736